UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re )
)
SENEITHEA SHELTON-GRIFFIN ) Case No. 13-31099
) Chapter 7/crd
)
Debtor )

### ORDER DISMISSING CASE

At South Bend, Indiana, on **JUN 1 2 2013**

The court dismisses the above-captioned case for the debtor's failure to pay the balance of the filing fee as directed by court order dated April 25, 2013. The automatic stay on creditor actions against the debtor and the debtor's property is removed pursuant to 11 U.S.C. § 362(c)(2)(B). The clerk is directed to give notice of the dismissal to all creditors. The court will not entertain a motion for reconsideration of this order of dismissal unless all unpaid fees are paid at the time the motion is made. **The Clerk is directed to refuse any future case submitted for filing by the debtor without payment in full of all past filing fees.**

The unpaid filing fee of $306.00 remains due and owing notwithstanding the dismissal of the case. The clerk is permitted to proceed to collect the unpaid filing fee by whatever means are available, including turning the matter over to the United States Attorney, if appropriate.

SO ORDERED.

_____
HARRY C. DEES, JR.
JUDGE, UNITED STATES BANKRUPTCY COURT